APPEAL No. 77-168. WHALE ROCK LAND COMPANY *v.* NATALIE T. BOSSERT *et al.* The plaintiff's motion to affirm

the judgment below pursuant to Rule 16(g) is denied. *Hinckley & Spangler, Frank L. Hinckley, Jr.,* for plaintiff. *Pucci & Goldin, Inc., Samuel A. Olevson,* for defendant.